# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 21, 2018

**VIA ECF**

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/18
```

Hon. Valerie E. Caproni  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

                 **Re:** *Gonzalez v. Two Peters Deli of Smithtown, et al.*  
                      Case No. 17-cv-4976-VEC

Your Honor:

      This office represents Plaintiff Octavio Gonzalez ("Plaintiff") in the above-referenced matter. We submit this letter in response to Your Honor's order dated May 17, 2018 (Dkt. No. 41) to respectfully inform the court that each payment under the settlement agreement will be split between Plaintiff and his counsel using the same proportional split. Therefore, each time that Defendants make a payment as required under the settlement agreement, Plaintiff will be getting 2/3 of that payment and Plaintiff's counsel will be getting 1/3 of that payment.

      Thank you for your consideration in this matter.

                      Respectfully Submitted,

                      /s/ Michael Faillace  
                      Michael Faillace, Esq.  
                      Michael Faillace & Associates, P.C.  
                      *Attorneys for Plaintiffa*

cc:   David Leamon, Esq. (via ECF)  
      *Attorney for Defendants*

The Court hereby approves the settlement. The parties are ordered to file an executed settlement agreement by May 25, 2018, which will correct the typographical error the Court noted in Dkt. 39.

SO ORDERED.

*[signature]*     5/21/18

HON. VALERIE CAPRONI    *Certified as a minority-owned business in the State of New York*  
UNITED STATES DISTRICT JUDGE